FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 20 2015
MATTHEW J. DYKMAN
CLERK

To office of The clerk
of District courts clerk
matthew J. Dykman

# 68213
LaTHam,
FRank,
L.

inmate of M.H.T.C. at
Los Lunas central
N.M. Correctional Facility
N.M. 87031 Housing B 108

15 CV 242 MCA/CG

# 10
Again 68213 LaTHam, Frank, L.
i Have no money except
what my FaTher sends
every month 45⁰⁰ to Buy
my stuff To Keep clean also
what Little i can Buy To
eat. cloThing. But i need Help
with problems with medical
such as ① one caTHeTer for
every ④ Four Hours wHich
is a crime in it's self
caTheTers state one Time use
and will not Leave in my cell
Longer THen 30 minutes, so please
Help me some How wave The cost
of Filing these Legal paper
work. i will sign any Kind of
paper you wisH or ask For.   over please

→ please excuse my spelling

To prove to you that im telling you the truth. just ask or send me the paper work And A post-paid envelopes
 like i said i dont have much money and the Facility only gives me two (2) free ~~also~~ envelopes every other week. And i write my daddy and little sister. so please Help me out this medical company named Corizon is realy making me very sick and not giveing me the correct catheters that ive Been useing sence i was 31 years old im now 52. For other Facilitys to supplie them And still have the same company Corizon Health Service. is unreal
 please i Beg you Help make the pain stop i Beg you get me the Attention of who or which Attorney associations who Help people in or out of prisons with or with out money. I Have no were to turn. my daddy is 93 years old And cant Afford the cost of an Attorney even if its just to scare this provider in to doing    next page please

in to doing the right thing and getting me my medical need met. This is not a threat but. if not ill probley die in here Because of my medical need ive Been in a wheel-chair for 19 years and Been through many of them in prisons. it took them 3 months just to get this chair fixed so i wouldn't fall out the Back. i am, a diabetic. Have Hep C. Have spinal cord injury, And have Been the eyes of many medical staff even Having paper work they continue to say i can walk. even their own doctor at ① one Facility Tested me And said. said that my spinal cord injury is real and still they mess with my mind and give me a hard time with fixing my ever own wheel-chair again please don't let the corp's win im in real need of Help And Have no way of paying for it not even copys or notarizeing paper work. copys of medical work will have to be gotton through court orders. Again i have no money

over please

with out your Help opening THe eye's of THe medical company They will just keep Hurting people like me, and others THAT can't stand on their own two feet menially ~~mentally~~ - Financialy - or Fiscally Again like me. THere are alot of us who can't even get A Handicap shower Here. sure They have Handicap Bars But NO shower Heads To rinse off THe soap. it's realy Bad Here And am Trying To get Back To A medically run Facility No A place THAT cares more aBout Raise in pay, THey do exist BeLeave me ive seen THem But Because of enemy List of inmates. ive Had To Be movie. ive Had THings THAT NO man should Have done To Him, yes sexually Because i can defend my self. BeaTen up. stuff Tacken From me property stole. wHeel-cHairs Broken it's all matter of Record THrough The medical paper work From county jail To THe prison systems. like i said send me any kind of paper work i sign it For you     # 68213     FRANK. LaTham

*Frank Latham*  B 108

SORAY im running out of paper     M-H-T-C, LOS Lunas Facility

so you can have access to all of my mental and medical copy's you'll need. please sir Help me i'm also A disABle vet NOT injured THere But also NOT IN THere very Long my mental condition and my Fiscal condition was just NOT THere THe want was But AgAiN THe condition's of BOTH mentally and Fiscal condition would not Let me got out as A P.F.C. LATHAM. FRANK 452 41 8460 South carolinA FORT Jackson, Fort Benning GeorgiA Ft Bragg. And HonorAbly discharged THeN was put in A wheel-chair By A moBle Home set-up in 2/4/02 AgAiN please Help me and otHers To come like me. don't Let THe money makers off THe state get Rich with out doing THe RiGHT THing except lining THere pockets off your Tax payers money And mine FATHer's Taxes, my Family and i Have NO were To Turn unless you can Tell us or me wHo To write THAT will Listen. As you HAve THrougHt out THis Letter THANK you – God Bless you from all who can't FigHT wiTH out people like

# LOCAL FORM 1

### HIPAA
### AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION
MEDICAL RECORDS

THIS DOCUMENT DOES NOT AUTHORIZE RELEASE OF ANY RECORDS CONCERNING
OR RELATED TO ANY ALCOHOL, DRUG, HIV OR PSYCHIATRIC CARE, TESTING OR TREATMENT

**Patient name:** Latham, Frank L  **D.O.B.:** 2/24/63  **S.S.N.:** 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

**Dates of Treatment:** S beginning 04/8/08 through 3/17/15
*[relevant time period must be inserted]*

**AUTHORIZATION:**

I, Frank, Latham, *Frank Latham*, authorize the disclosure of my protected health information as described herein.

1. I authorize the following person(s) and/or organization(s) <u>to disclose</u> the protected health information described in paragraph 3.

> L.T, C.H. of Los Lunas of Central N.M. Correctional Facility. UNM Hospital of ABQ N.M.

*[individual medical provider name must be inserted]*

2. I authorize the following person(s) and/or organization(s) <u>to receive</u> the protected health information described in paragraph 3.

> United States District Court of New Mexico, Matthew. J. Dykman, Clerk. And District Attorey also my Attorey's names which will be given at signing of Legal discloser

*[individual firm or lawyer must be inserted]*

3. The records authorized to be released include:

   all medical records and billing records including without limitation: medical reports, clinical notes, nurse=s notes, history of injury, subjective and objective complaints,

(USDC, DNM Local Form 1, Page 1)

x-rays, x-ray reports or interpretations, other diagnostic tests (including a copy of the report), diagnosis and prognosis; if applicable, emergency room records or logs, history and physical examination report, laboratory reports, tissue committee reports, reports of operation, operation logs, progress notes, doctors= orders, nurse=s notes, physical therapy records, admission and discharge summaries, and all out-patient records; hospital bills, bills for the services you have rendered, bills for medication; and any other documents, records, or information in your possession relative to my past, present or future physical condition.

4. I expressly waive any laws, regulations and rules of ethics which might prevent any health care provider who has examined or treated me from disclosing my records pursuant to this Authorization.

5. The purpose of this Authorization relates to a legal action now pending in the United States District Court for the District of New Mexico.

6. I understand that I may revoke this Authorization at any time by sending a letter to the person or organization listed in paragraph one (1), except to the extent that such person(s) and/or organization(s) may have already taken action in reliance on this Authorization.  If I do not sign, or if I later revoke, this Authorization, the services provided to me by such person or organization will not be affected in any way.

7. This Authorization expires one year from its date of execution.

8. THIS AUTHORIZATION DOES NOT PERMIT THE PERSON OR ORGANIZATION LISTED IN PARAGRAPH TWO (2) TO OBTAIN OR REQUEST FROM THE MEDICAL PROVIDER IDENTIFIED IN PARAGRAPH ONE (1) ORAL STATEMENTS, OPINIONS, INTERVIEWS, OR REPORTS THAT ARE NOT ALREADY IN EXISTENCE.

9. Copying costs will be borne by the person or organization named in paragraph two (2).

10. A photocopy or facsimile of this Authorization is as valid as an original.

11. I understand that a potential exists for information that is disclosed pursuant to this Authorization to be subject to re-disclosure by the recipient and therefore be no longer protected by federal confidentiality rules.

SIGNATURE OF PATIENT OR
AUTHORIZED REPRESENTATIVE: *Frank L. Latham*

CAPACITY OF REPRESENTATIVE,
IF APPLICABLE: _____

DATE OF SIGNATURE: 3/17/15

(USDC, DNM Local Form 1, Page 2)

## LOCAL FORM 2

### HIPAA
### AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION
MENTAL HEALTH RECORDS

Patient name: LATHAM, Frank    D.O.B.: 2/24/63    S.S.N.: 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

Dates of Treatment: beginning 04/8/08 through 03/16/15 THrough 03/17/15
[relevant time period must be inserted]

**AUTHORIZATION:**

I, LATHAM, Frank _Frank Latham_, authorize the disclosure of my protected health information as described herein.

1. I authorize the following person(s) and/or organization(s) to disclose the protected health information described in paragraph 3.

   M.H.T.C., of Los Lunas of Central N.M. Correctional Facility.. South west counselling of Las Cruces N.M.

   [individual medical provider name must be inserted]

2. I authorize the following person(s) and/or organization(s) to receive the protected health information described in paragraph 3.

   United States District courts of New mexico Matthew. J. Dykman. Clerk For Review any and all Information That Prudent To This case, Also To District Attorey also my Attoney's at signing of Legal discloser

   [individual firm or lawyer must be inserted]

3. The records authorized to be released include:

   [FL] complete copy of medical records

   [FL] test results

   [FL] other

(USDC, DNM Local Form 2, Page 1)

4. I expressly waive any laws, regulations and rules of ethics which might prevent any health care provider who has examined or treated me from disclosing my records pursuant to this Authorization.

5. The purpose of this Authorization relates to a legal action now pending in the United States District Court for the District of New Mexico.

6. I understand that I may revoke this Authorization at any time by sending a letter to the person or organization listed in paragraph one (1), except to the extent that such person(s) and/or organization(s) may have already taken action in reliance on this Authorization. If I do not sign, or if I later revoke, this Authorization, the services provided to me by such person or organization will not be affected in any way.

7. This Authorization expires one year from its date of execution.

8. THIS AUTHORIZATION DOES NOT PERMIT THE PERSON OR ORGANIZATION LISTED IN PARAGRAPH TWO (2) TO OBTAIN OR REQUEST FROM THE MEDICAL PROVIDER IDENTIFIED IN PARAGRAPH ONE (1) ORAL STATEMENTS, OPINIONS, INTERVIEWS OR REPORTS THAT ARE NOT ALREADY IN EXISTENCE.

9. Copying costs will be borne by the person or organization named in paragraph two (2).

10. A photocopy or facsimile of this Authorization is as valid as an original.

11. I understand that I have a right to examine the information to be disclosed, unless deemed that such disclosure is not in my best interest.

12. I understand that a potential exists for information that is disclosed pursuant to this Authorization to be subject to re-disclosure by the recipient and therefore be no longer protected by federal confidentiality rules.

SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE: _Frank L. Latham_

CAPACITY OF REPRESENTATIVE, IF APPLICABLE: _____

DATE OF SIGNATURE: _3/17/15_

Legal Mail

Inmate Name LaTHAM FRANK
Inmate number 68213
CNMCF/CMRU/UNIT# M-H JC B168
P.O. Drawer 1328
Los Lunas, NM 87031

To MaTTHew J. DyKman
District court Clerk
Suite 270 333 Lomas Blvd
AlBuQuerQue N.M
87102

RECEIVED
At Albuquerque NM
MAR 2 0 2015
MATTHEW J. DYKMAN
CLERK

87102=2274

Turn over

Legal mail

Please Read
your THe only
Hope i HAve