IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK L. LATHAM,

    Plaintiff,

v.                                                 No. CV 15-00242-MCA-CG

CORIZON, LLC, et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on October 24, 2016. (Doc. 111). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion to Amend the Complaint*, (Doc. 92), be denied because Plaintiff fails to state a claim in the proposed amendments. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 111 at 10). No objections have been filed, and the deadline of November 7, 2016, has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Amend the Complaint*, (Doc. 92), is **DENIED**.

_____
THE HONORABLE M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE